IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                   **PLAINTIFF**
**#41580**

v.                 **CASE NO. 3:25-CV-00142-BSM**

**CRAIGHEAD COUNTY DETENTION CENTER,** *et al*        **DEFENDANTS**

## ORDER

After careful review of the record, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 9] is adopted, and Deursla Barron's amended complaint [Doc. No. 7] is dismissed without prejudice for failure to state a claim. *See Sanders v. Sears, Roebuck, & Co.*, 984 F.2d 972, 976 (8th Cir. 1993) (municipal employees are not liable in their official capacity unless the plaintiff shows that a policy, custom, or deliberate indifference caused her injury). It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g). Further, an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 17th day of September, 2025.

                                                         UNITED STATES DISTRICT JUDGE