IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**  **PLAINTIFF**
**#41580**

v.   CASE NO. 3:25-CV-00142-BSM

**CRAIGHEAD COUNTY DETENTION CENTER,** *et al*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE